No. 89–600. St. Clair et al. v. City of Chico, California, et al. C. A. 9th Cir. Certiorari denied.

No. 89–602. Harvill v. Sparrow. Super. Ct. D. C. Certiorari denied.

No. 89–603. Bucholtz Aviation, Inc. v. City of Buffalo, New York. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 89–604. Ernst & Whinney v. Bradford-White Corp. C. A. 3d Cir. Certiorari denied.

No. 89–605. Robertson v. State Board of Medical Examiners et al. C. A. 10th Cir. Certiorari denied.

No. 89–608. Black et al. v. Bolin et al. C. A. 8th Cir. Certiorari denied.

No. 89–611. Newsome, Warden v. Gunn. C. A. 11th Cir. Certiorari denied.

No. 89–613. Engel v. Clark County, Nevada. C. A. 9th Cir. Certiorari denied.

No. 89–619. Camoscio v. Crowley. C. A. 1st Cir. Certiorari denied.

No. 89–621. Martinez, Governor of Florida, et al. v. Raske. C. A. 11th Cir. Certiorari denied.

No. 89–637. Prozzillo et al. v. American States Insurance Co. C. A. 4th Cir. Certiorari denied.

No. 89–638. Carvalho v. "Andrea C" et al. C. A. 9th Cir. Certiorari denied.

No. 89–648. Diaz et al. v. United States. C. A. 2d Cir. Certiorari denied.

No. 89–717. Mayer et al. v. United States. C. A. 9th Cir. Certiorari denied.